**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 03-7116

———————

DWAYNE BOWMAN,

Plaintiff - Appellant,

versus

WILLIAM L. HAYNES, Warden, Huttonsville
Correctional Center; JIM RUBENSTEIN,
Commissioner, West Virginia Department of
Corrections, in his official and individual
capacities; PAT GRAHAM, Counselor; ALBERT
FORDYCE, Counselor, in his individual
capacity; THE WEST VIRGINIA DEPARTMENT OF
CORRECTIONS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins. Robert E. Maxwell, Senior
District Judge. (CA-02-36-2)

———————

Submitted: December 18, 2003          Decided: March 16, 2004

———————

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dwayne Bowman, Appellant Pro Se.  Jeffrey Kent Phillips, Michael
Deering Mullins, STEPTOE & JOHNSON, Charleston, West Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dwayne Bowman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bowman v. Haynes, No. CA-02-36-2 (N.D.W. Va. June 25, 2003). Bowman's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED